UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                           CASE NO. 09-12393

RON MAURICE PERRY and                       SECTION "A"
RENETTA BURRELL PERRY
 DEBTORS                                    CHAPTER 13

U.S. BANK, N.A.
 MOVER

## AFFIDAVIT

STATE OF ARIZONA                            LOAN NO. 6003145851
COUNTY OF MARICOPA

BEFORE ME, the undersigned two witnesses and authority, a Notary Public in and for the above County and State, personally came and appeared Olivia Todd, who after being sworn by me did depose and say:

1. That he/she is President for National Default Solutions Corporation, as duly appointed officer for U.S. Bank, N.A. and that he/she is authorized to execute this affidavit.

2. That Ron Maurice and Renetta Burrell Perry have failed to remit the July, 2010 through September, 2010 present payments within thirty (30) days of its due date.

3. Default having occurred as above stated in violation of the Adequate Protection Order to the foregoing motion, has a right to obtain an order lifting the automatic stay so that it might begin foreclosure under the terms of its note and mortgage.

SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 1st day of October, 2010.

WITNESSES:

_____
(WITNESS)

_____
(WITNESS)

National Default Solutions Corporation, as duly appointed officer for U.S. BANK, N.A.

BY: _____
Olivia Todd
TITLE: President

_____
NOTARY PUBLIC
My Commission Expires:
JUNE 8, 2011

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

# The Boles Law Firm
A PROFESSIONAL CORPORATION

WILLIAM R. BOLES, SR. (1927 - 2008)
JOE H. DIXON, JR.
WILLIAM R. BOLES, JR. *
JACOB S. EDWARDS

*Also Admitted in Colorado

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
TELEPHONE: 318.388.4050
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile: 318.388.4055
Email: brandi.brewer@boleslawfirm.com

OF COUNSEL:
CHARLES H. RYAN

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

3535 Canal Street
New Orleans, Louisiana 70130

September 14, 2010

**SENT VIA FACSIMILE: 504-837-0866**

Mary M. Taylor, Esquire
3525 North Causeway Blvd.
Suite 708
Metairie, LA 70002

RE: Ron Maurice Perry and
Renetta Burrell Perry
Chapter 13 Bankruptcy No. 09-12393
Eastern District of Louisiana
Loan No. 6003145851

Dear Mrs. Harrington:

Our firm represents U.S. Bank, N.A., in the above captioned bankruptcy matter. Our client has indicated that the above debtor owes for the July, 2010 and August, 2010 post petition mortgage payments in the amount of $1,561.80 each, late charges, and attorney fees and costs of $50.00.

The Adequate Protection Order language states that if the debtor does not make a payment within 30 days of the due date that we may proceed with an Affidavit of Default and lift the stay by Ex Parte Order after a 10 day notice of default is sent.

The amount to bring the account current through and including August, 2010 is $2,541.43 which includes a suspense balance in the amount of $705.93 deducted. The September, 2010 mortgage payment of $1,561.80 is now due and payable. If funds are not received within ten (10) days from receipt of this letter an Affidavit of Default will be sent to the court for filing. Please notify your client of this matter. Certified funds must be sent directly to our office. If you have any questions, please don't hesitate to call.

Sincerely yours,

THE BOLES LAW FIRM

Jacob S. Edwards

JSE/bb
Enclosures

```
**********************************************************************
*                                                              P. 01  *
*                  TRANSACTION REPORT                                  *
*                                                 SEP-14-2010 TUE 10:14 AM *
*                                                                      *
*    FOR:  The Boles Law Firm      3183613359                          *
*                                                                      *
*    SEND                                                              *
*    DATE  START     RECEIVER      TX TIME  PAGES TYPE   NOTE    M# DP *
*    SEP-14 10:13 AM 15048370866      20"     1   FAX TX  OK      543  *
*                                                                      *
*                                   TOTAL :   20S PAGES: 1             *
**********************************************************************
```

# The Boles Law Firm
### A PROFESSIONAL CORPORATION

WILLIAM R. BOLES, SR. (1927 - 2008)
JOE H. DIXON, JR.
WILLIAM R. BOLES, JR. *
JACOB S. EDWARDS

*Also Admitted in Colorado

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
TELEPHONE: 318.388.4050
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile: 318.388.4055
Email: brandi.brewer@boleslawfirm.com

OF COUNSEL:
CHARLES H. RYAN

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

3535 Canal Street
New Orleans, Louisiana 70130

September 14, 2010

**SENT VIA FACSIMILE: 504-837-0866**

Mary M. Taylor, Esquire
3525 North Causeway Blvd.
Suite 708
Metairie, LA 70002

RE:  Ron Maurice Perry and
     Renetta Burrell Perry
     Chapter 13 Bankruptcy No. 09-12393
     Eastern District of Louisiana
     Loan No. 6003145851

Dear Mrs. Harrington: